**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| LAMON TANEAL HEMINGWAY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-CV-0050 JMB |
| LUCAS LYERLA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to pay the initial partial filing fee. Plaintiff seeks an additional sixty (60) days to the pay the fee. The Court will grant his motion for good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay an initial partial filing fee of $1.70 within sixty (60) days of the date of this Memorandum and Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the initial partial filing fee within sixty (60) days of the date of this Memorandum and Order, that this case will be dismissed without prejudice.

Dated this 25th day of July, 2017.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE